**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7168**

KELVIN J. MILES, a/k/a Kelvin Jerome Miles,

                Plaintiff – Appellant,

        v.

COMMANDER J. GLEN; EDWARD READ, Health Care Doctor;
LIEUTENANT TAMDA MIDDLETON; NURSE MICHELLE GREEN;
SUPERVISOR, Federal Bureau of Prisons,

                Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.    R. Bryan Harwell, District
Judge.  (2:13-cv-01408-RBH)

Submitted:  December 9, 2014        Decided:  December 19, 2014

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin J. Miles, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin J. Miles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. Miles v. Glen, No. 2:13-cv-01408-RBH (D.S.C. July 15, 2014). We deny the motions for default judgment and to refund fees paid to the district court and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED